# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:05-CR-00215-RJC-DCK

| | |
|---|---|
| USA, | )<br>) |
|     Plaintiff, | )<br>) |
| v. | )    **ORDER** |
| SETH AUSTIN LECATO, | )<br>) |
|     Defendant. | )<br>) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 6), the Indictment, (Doc. No. 1), without prejudice. The defendant has never been apprehended since he was charged in 2005.

**IT IS ORDERED** that the Government's motion, (Doc. No. 6), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: September 27, 2019

_____
Robert J. Conrad, Jr.
United States District Judge